UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Violation Notice: H5010478 |
| VENERA TYUMINEVA | : | <u>ORDER FOR DISMISSAL</u> |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed on this order, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. H5010478 against defendant Venera Tyumineva, which was filed on February 16, 2016, charging her with possessing on that day a knife in a Federal facility in violation of 18 U.S.C. 930(a), for the reason that prosecution of defendant Venera Tyumineva is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice and is contingent on the successful completion by defendant Venera Tyumineva of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 7/28/16